# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **Steve Maniaci** <br> *Plaintiff* <br> v. <br> **Amend Finance LLC** <br> *Defendant* | Civil Action No. 2:25-cv-12495-NGE-APP |

## AFFIDAVIT OF SERVICE

I, Maurice Robinson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Amend Finance LLC in Sacramento County, CA on August 12, 2025 at 2:50 pm at 2520 Venture Oaks Way, Sacramento, CA 95833 by leaving the following documents with Dana Fang who as Agent at Zen business Inc is authorized by appointment or by law to receive service of process for Amend Finance LLC.

Summons in a Civil Action, Civil Action Cover Sheet, Class Action Complaint

Asian Female, est. age 45-54, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.6099980413,-121.511068263
Photograph: See Exhibit 1

Standard Serve 2520 Venture Oaks Way, Sacramento, CA 95833 1@$85.00=$85.00
Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in __Sacramento County__ , __CA__ on __8/13/2025__ . | /s/ *Maurice Robinson* <br> ―――――――――――――――――――― <br> Signature <br> Maurice Robinson <br> +1 (510) 779-7203 |



Exhibit 1a)