UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVE MANIACI,
*on behalf of himself and*
*others similarly situated,*

      Plaintiff                        Case No.: 2:25-cv-12495

v.                                    Civil Division

AMEND FINANCE, LLC,

      Defendant.

_____/

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

      Subject to the Court's approval, the Parties hereto, by their undersigned respective counsel, hereby stipulate to extend the time for Defendant to respond to Plaintiff's Complaint by thirty (30) days. Defendant shall respond to Plaintiff's Complaint by October 2, 2025.

      DATED this 2nd day of September, 2025.

PARONICH LAW, P.C.
Anthony I. Paronich, Esq.
*Counsel for Plaintiff*

350 Lincoln Street, Suite 2400
Hingham, MA 02043.
(508) 221-1510
anthony@paronichlaw.com


By: */s/ Anthony I. Paronich*_____
      Anthony I. Paronich, Esq.

THE FRANQUI FIRM

Anthony G. Franqui, Esq.
*Counsel for Defendant*
1451 W. Cypress Creek Rd., Ste 300
Ft. Lauderdale, Florida 33309
Tel: 305.494.8120
Fax: 888-531-7773
TONY@THEFRANQUIFIRM.COM

By: */s/ Anthony G. Franqui.*
      Anthony G. Franqui, Esq.
      Florida Bar No.: 0543535
      Texas Bar No.: 24107430
      *Anticipated Admission into USDC for the*
      *Eastern Distr. Of Michigan*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVE MANIACI,
*on behalf of himself and*
*others similarly situated,*

      Plaintiff                                      Case No.: 2:25-cv-12495

v.                                               Civil Division

AMEND FINANCE, LLC,

      Defendant.

_____/

## <u>ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND<br>TO PLAINTIFF'S COMPLAINT</u>

In consideration of the foregoing Stipulation, it is

ORDERED AND ADJUDGED that the Defendant shall respond to Plaintiff's Complaint

by October 2, 2025.

DONE and ORDERED in Chambers, Detroit, Michigan, this _____day of

_____, 2025.

 

 

                                     _____
                                     The Honorable Nancy G. Edmunds
                                     US DISTRICT COURT JUDGE

<u>Copies furnished to</u>:
Anthony I. Paronich, Esq., anthony@paronichlaw.com
Anthony G. Franqui, Esq., Tony@TheFranquiFirm.com