UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVE MANIACI,
*on behalf of himself and
others similarly situated,*

    Plaintiff

v.

AMEND FINANCE, LLC,

    Defendant.
_____/

Case No.: 2:25-cv-12495

Civil Division

## STIPULATION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

In furtherance of Defendant's request for additional time in which to retain counsel licensed within US District Court for the Eastern District of Michigan, and subject to the Court's approval, the Parties hereto, by their undersigned respective counsel, hereby stipulate to extend the time for Defendant to respond to Plaintiff's Complaint by seven (7) days. Defendant shall respond to Plaintiff's Complaint by October 9, 2025.

DATED this 2nd day of October, 2025.

| | |
|---|---|
| PARONICH LAW, P.C.<br>Anthony I. Paronich, Esq.<br>*Counsel for Plaintiff*<br><br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043.<br>(508) 221-1510<br>anthony@paronichlaw.com<br><br>By: __/s/ Anthony I. Paronich_____<br>    Anthony I. Paronich, Esq. | THE FRANQUI FIRM<br>Anthony G. Franqui, Esq.<br>*Counsel for Defendant*<br>1451 W. Cypress Creek Rd., Ste 300<br>Ft. Lauderdale, Florida 33309<br>Tel: 305.494.8120<br>Fax: 888-531-7773<br>TONY@THEFRANQUIFIRM.COM<br><br>By: Anthony G. Franqui.<br>    Anthony G. Franqui, Esq.<br>    Florida Bar No.: 0543535<br>    Texas Bar No.: 24107430<br>    *Anticipated Admission into USDC for the Eastern Distr. Of Michigan* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVE MANIACI,
*on behalf of himself and
others similarly situated,*

    Plaintiff

v.

AMEND FINANCE, LLC,

    Defendant.
_____/

Case No.: 2:25-cv-12495

Civil Division

**ORDER ON STIPULATION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

In consideration of the foregoing Stipulation, it is

ORDERED AND ADJUDGED that the Defendant shall respond to Plaintiff's Complaint by October 9, 2025.

DONE and ORDERED in Chambers, Detroit, Michigan, this _____ day of October, 2025.

                                                                                     _____
                                                                                    The Honorable Nancy G. Edmunds
                                                                                        US DISTRICT COURT JUDGE

Copies furnished to:
Anthony I. Paronich, Esq., anthony@paronichlaw.com
Anthony G. Franqui, Esq., Tony@TheFranquiFirm.com