UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Steve Maniaci,

                Plaintiff(s),

v.                                   Case No. 4:25−cv−12495−SDK−APP
                                            Hon. Shalina D. Kumar

Amend Finance LLC,

                Defendant(s),

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 12/15/2025, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                            s/Shalina D. Kumar
                                            Shalina D. Kumar
                                            U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/T. Hallwood
                                                    Case Manager

Dated:  December 8, 2025