UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVE MANIACI,
*on behalf of himself and
others similarly situated,*

    Plaintiff

v.

AMEND FINANCE, LLC,

    Defendant.
_____/

Case No.: 2:25-cv-12495

Civil Division

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

DATED this 8th day of December, 2025

By: */s/ Anthony I. Paronich*
    Anthony I. Paronich, Esq.

PARONICH LAW, P.C.
Anthony I. Paronich, Esq.
*Counsel for Plaintiff*

350 Lincoln Street, Suite 2400
Hingham, MA 02043.
(508) 221-1510
anthony@paronichlaw.com